IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Loretto Hospital, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Federal Insurance Company, <br><br> Defendant(s). | Case No. 23-cv-3762 <br> Judge Sara L. Ellis |

## ORDER

Telephone conference held on 7/5/2023. Loretto Hospital's motion for leave to file case under seal [7] is denied for the reasons stated on the record. The case shall be unsealed with the exception of the complaint [1] which should remain sealed. The defendant is granted leave to file its answer to the complaint under seal.

(T:15)

Date: 7/5/2023 /s/ Sara L. Ellis