# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Loretto Hospital, Inc.**,

Plaintiff(s),

v.

**Federal Insurance Company**,

Defendant(s).

Case No. 23cv3762
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

    which ☐ includes        pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) **Federal Insurance Company**
and against plaintiff(s) **Loretto Hospital, Inc.**
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion to dismiss.

Date: 2/21/25

Thomas G. Bruton, Clerk of Court

C. Chambers, Deputy Clerk